§ 522; *Card* v. *Frost Gas Company*, 219 App. Div. 861.)   All concur.   Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JACOB MAYER, Respondent, v. WABASH RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

LEONA H. HUNTER, Appellant, v. JOHN F. BALDWIN, Respondent.— Judgment reversed on the law and a new trial granted, with costs to appellant to abide the event, upon the ground that the questions of negligence and contributory negligence presented by the evidence were questions of fact which should have been submitted to the jury. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

WILLIAM HUNTER, Appellant, v. JOHN F. BALDWIN, Respondent.— Judgment reversed on the law and a new trial granted, with costs to appellant to abide the event, upon the ground that the questions of negligence and contributory negligence presented by the evidence were questions of fact which should have been submitted to the jury. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

NICHOLOY KNAPP, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $1,000, as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs on this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ELIZABETH KNAPP, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $4,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs on this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB GERLING, Appellant, v. H. ALDEN NICHOLS, Commissioner of Elections in and for the County of Monroe, Respondent.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

NICHOLAS CASALE and Another, Respondents, v. VITO STABILE, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

In the Matter of the Application of CHILDREN'S AID AND SOCIETY FOR THE PREVENTION OF CRUELTY TO CHILDREN OF ERIE COUNTY, NEW YORK, for a Mandamus Order against FRANK X. SCHWAB, as Mayor of the City of Buffalo, Appellant.— Appeal dismissed upon the ground that the question involved is academic. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ. [132 Misc. 283.]